# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA ALVAREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VEOLIA TRANSPORTATION SERVICES, INC.;<br>TRANSDEV SERVICES, INC.;<br>JAIME OGILVIE, an individual; and<br>DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 17-2456-DMG (Ex)<br><br>**ORDER TO REMAND REMOVED ACTION [16]** |

On April 17, 2017, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number CV 17-2456-DMG (Ex) entitled Alvarez v. Veolia Transportation Services., Inc., et al. is hereby remanded to Los Angeles County Superior Court.

3. The Order to Show Cause [Doc. # 15] dated April 10, 2017 is DISCHARGED. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: April 18, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE